Home Depot U.S.A., Inc.  **EMPLOYMENT APPLICATION**  Printed: 11/10/2001 15:00

The Home Depot is an equal opportunity employer. The company will not under any circumstances discriminate against an Associate or Applicant with regard to race, age, sex, national origin, religion or disability.
**WE WORK IN A SMOKE-FREE ENVIRONMENT.**

Name: **AMES MRS, DIANE L**          SSN:
Phone:            Address:
City: **YORKVILLE**           State: IL   ZIP: 60560

EXHIBIT 1

How long have you lived at present address? **11 years and 08 months**
Former Address: **118 BOULDER HILL PASS**
City: **MONTGOMERY**           State: IL   ZIP: 60538

What position are you applying for? **PAINT HRDWRE PLUMB LIGHT GARDEN DECOR CASHR**

Wage Desired: **11.00**
DATE AVAILABLE TO WORK: **08/25/2001**
TIMES AVAILABLE: **03:00 AM to 03:00 PM**
Are you willing to relocate?     Yes,  X No
Willing to work X Full Time,    Part Time,    Weekends,    Evenings
How long do you plan to work    Temporary,    1 year,    Summer,   X More than 1 year

Have you worked for us before?     Yes,  X No
If yes, begin date:  /  /    end date:  /  /
Where:
Are you over 18? X Yes,    No
Are you currently on a leave of absence or lay off from any company?   Yes, X No

Are you legally eligible to work in the U.S.A.?   X Yes,    No
Have you ever been discharged from your work?   Yes, X No
Do you have any relatives working for Home Depot?   Yes, X No
If yes, name:

Are you currently employed at this time?   Yes, X No
How many work days have you missed during the past 12 months: **0000**

Have you ever been convicted of a felony or a misdemeanor within the last 5 years, including guilty and nolo contendere pleas? (Other than traffic violations) An answer of YES to this question will not automatically disqualify you from consideration for employment.)   Yes, X No    When:  /  /
Offense:

Have you ever served in the military?   Yes, X No
If yes, please indicate branch:
Dates of active service:    /  /    to  /  /

| List All High School, College, University or Technical Training | Yrs Comp. | Degree or Cert. (In NJ only show highest grade) |
|---|---|---|
| 1. MACHINIST APPRENTICE, CATREPILLAR | 0003 | |
| 2. WAUBONSEE COMM. COLLEGE | 0002 | MACHINE TOOL |
| 3. WEST AURORA HIGH | 0004 | BASIC |

List below your 3 most recent employers, beginning with the current or most recent one

Name: **WOLD COUNTRYSIDE CLEANERS**   Addr.: **502A COUNTRYSIDE CENTER**
City: **YORKVILLE**           State: IL   Zip: 60560
What kind of work did you do? **MANAGER MACHINE OP**
Name of supervisor: **JOHN ORARLENE WOLD**
Title of supervisor: **OWNER**
Why did you leave? **BUSINESS WAS SOLD**
Starting date: **08/99**   Date of leaving: **03/01**   Pay at leaving: **11.00**

DA0001

HOME DEPOT U.S.A., Inc.          Employment Application

Name: SO-FRO FABRICS
Address: RT 59
City: AURORA                State: IL   Zip: 60540

Phone: ( )
What kind of work did you do? MANAGER
Name of supervisor: KARL STARKEL
Why did you leave? COMPANY CLOSED                Title of supervisor: DISTRICT MANAGER
Starting date: 03/1993   Date of leaving: 10/1998
Pay at leaving: 14.00

Name: CATERPILLAR INC.
Address: RT 31
City: AURORA                State: IL   Zip: 60506
Phone: ( )
What kind of work did you do? MACHINIST APPRENTICE
Name of supervisor: JOHN DUFFY
Why did you leave? LAID-OFF DUE TO DOWNSIZING        Title of supervisor: TRAINING MANAGER
Starting date: 08/1978   Date of leaving: 01/1981
Pay at leaving: 14.00

State reason for and length of inactivity between present application date and last employer:

| | | |
|---|---|---|
| X Cash Register | X Lumber | Plumbing |
| Electrical | X Computer | X Gardening |
| X Paint | X Ten Key | X Hardware |
| X Power Tools | Fork Lift | X Calculator |
| Word Processor | X PC | Software Apps |
| Typing    (WPM) | | |
| Other: | | |
| Languages: None | | |

IMPORTANT - PLEASE READ AND SIGN THE FOLLOWING:

Applicant hereby certifies that the answers to the foregoing questions are true and correct. I agree if the information is found to be false in any respect, including omission of information, I will be subject to dismissal without notice. I authorize you to investigate all information in this application. I hereby authorize my former employers to release information pertaining to my work record, habits and performance. I understand that additional background investigation may be necessary for certain positions.
Should I become an employee of The Home Depot, I understand that my employment will be for no definite term, and that I will have the right to terminate my employment at any time, at my convenience, with or without cause or reason. I further understand that The Home Depot will have the same right. I understand that I am expected to comply with all Company rules and regulations, but that such rules do not create a contract between me and the Company. I understand and agree that any handbook I receive will not constitute an employment contract, but will be a statement of the Company's current policies.
I understand that before any offer of employment is finalized, I will be required to submit to a urine drug screen, at a Company-selected facility, at the Company's expense. If the test results demonstrate the presence of illegal drugs or non-prescribed controlled substances, I understand that I will not be permitted to commence work for the Company, or I will be terminated if I have already commenced work.

                    Signature on File:

For Office Use Only:
Dept.: 30                       Job Title: ArTTM
Start Date: 11/12/01   Associate Status: Full-TIME            Rate: 10.00
Hire Type: N/A         Birthdate: ████ 60  Sex: F   Marital Status: M
Race: WHITE            Drug Test Number: 2332584
In Case of Emergency contact: TOM AMES                   Phone: ████

DA0002