

EXHIBIT 2

# Associate Acknowledgment

I have received the Orientation Guide and have read and understand it. I have received the Benefits Summary Book expla[ining] my Group Insurance Plan which I have also read and understand.

The purpose of the Guide is to provide associates of Home Depot U.S.A., Inc. with general information regarding the pol[icies] and procedures of Home Depot U.S.A., Inc. Neither the Guide nor any provisions of the Handbook is an employment cont[ract] or any other type of contract.

I understand and agree that the Company may change or modify policies or procedures relating to employment matters wit[hout] notice to me. I understand and agree these policies and procedures are to be interpreted and applied by the Company in its discretion, whose decision in this regard will be final.

I have read the information and seen the video regarding Home Depot U.S.A., Inc.'s Drug Testing Education and Rehabilita[tion] program. I understand this policy, the conditions for testing and the consequences for a positive drug test or my refusal to ta[ke a] drug test.

I understand and have the right and it is my responsibility to raise questions I have concerning the personnel rules in ef[fect] during my employment with Home Depot U.S.A., Inc.

I understand that my employment will be for no definite term, such that I will enjoy the right to terminate my employment at [any] time, at my convenience, with or without cause or reason. I further understand that Home Depot U.S.A., Inc. will have the sa[me] right. This status can only be modified if such modification is in writing and signed by both me and the President of the Compa[ny].

I understand that no hazardous waste materials or waste chemicals, including but not limited to pool chemicals, insecticid[es], paints and degreasers, are to be disposed of through sewage systems, storm drains, poured on ground or placed in compact[ors]. All hazardous waste chemical disposal must be approved by the Store Manager. Any violation of this policy may result in civ[il or] criminal prosecution by federal, state, or local authorities against the associate *personally*, in addition to disciplinary action to Ho[me] Depot U.S.A., Inc. I further acknowledge that, if I am a store or Distribution Center associate, I have received training in "Assoc[iate] Right to Know" about hazardous materials. I have received training on the Critical Operational Safety Standards and agree to fol[low] the procedures at all times.

## HOURLY ASSOCIATE ACKNOWLEDGMENT OF NO WORKING OFF THE CLOCK:

If I am an hourly associate, I understand and agree that The Home Depot does not permit an hourly associate to work off [the] clock. I understand that it is a violation of Company policy to:

- Perform work in the store or elsewhere without permission or compensation
- Allow other associates to work off the clock
- Falsify or inaccurately alter any time records
- Clock another associate in or out

Violations of this policy may subject me to disciplinary action up to and including termination.

Managers and Supervisors do not have the right to ask me to work off the clock. I understand that I cannot be directed to w[ork] off the clock. I will report any request of me or others to work off the clock to a member of management. I further underst[and] that reporting a request to work off the clock will not result in disciplinary action to me.

I have read and understand the above statement and the Orientation Guide.

Associate Signature: X _Diane L. Ames_ Date: 11-17-01

Associate Social Security No. [redacted] Store No. 1975

Company Official Conducting Orientation X _____ Date _____

DA0005

**Person to contact in case of emergency:**

| Print Name | Relationship | Telephone |
|---|---|---|
| Thomas Ames | Spouse | [redacted] |

| Address | City | State | Zip |
|---|---|---|---|
| [redacted] | Yorkville | IL | 60560 |

DISTRIBUTION: One copy to personnel file, one copy for associate

# Associate Orientation Checklist

**Print Name of Associate:** Diane Ames  **Date:** 11-17-01
**Store Number:** 1975

**Instructions:** *Initial* the topics listed below as they are covered during Orientation. Sign the completed Checklist and give it to your Orientation Leader at the end of Orientation.

## ALL ASSOCIATES (Days 1 & 2)

### Learning About Home Depot
| | |
|---|---|
| X | Video: Learning about Home Depot |
| X | Our Concepts |
| X | What We Believe in |
| X | Our Merchandising Philosophy |
| X | Our Returns Philosophy |
| X | Our Customers |
| X | Customer Service: Responding to Customer Issues |
| X | The Home Depot Time Line |

### Culture and Values
| | |
|---|---|
| X | What is The Home Depot Company Culture? |
| X | Home Depot Values |
| X | Inclusion: Getting All Associates "In the House" |
| X | Video: Values: A Culture of Caring |
| X | Home Depot's Commitment to the Environment |

### Associate Benefits
| | |
|---|---|
| X | Video: Benefits |
| X | Enrollment Information |
| X | New Hire Forms |
| X | Associate Action Notice |
| X | Direct Deposit |
| X | Video: Direct Deposit |

### Home Depot Policies
| | |
|---|---|
| X | Associate Reviews |
| X | Ethics and Business Conduct Policy |
| X | Video: Ethics |
| X | Respect for All People |
| X | Video: Respect for All People |
| X | Harassment/Discrimination Policy |
| X | Open Door Policy |
| X | Union Free Philosophy |
| X | Disability Awareness |

### Rules and Regulations
| | |
|---|---|
| X | Associate Counseling |
| X | **Substance Abuse Policy** |
| X | **Video: Substance Abuse** |
| X | **Rules of Conduct** |
| X | Solicitation Policy |
| X | Store Regulations |
| X | Dress Code |
| X | Employment Policies |
| X | Use of Business Equipment |

### Home Depot's Organization and Structure
| | |
|---|---|
| X | Home Depot's Organization and Structure |
| X | Video: Organization |
| X | Stores/Districts/Divisions |
| X | Store Support Center |
| X | Home Depot Today |
| X | Your Home Depot Directory |

### Your Career at Home Depot
| | |
|---|---|
| X | Finding Out about Career Opportunities |
| X | Job Preference Process |
| X | Video: The Job Preference Process |
| X | Recognition and Reward Programs |

### Learning About Your Store
| | |
|---|---|
| X | Business Basics |
| X | Selling/Merchandising Departments |
| X | Operational Departments |
| X | Specialty Programs |
| X | The KRONOS Time Clock |
| X | Schedules/Review |

### Additional Training
| | |
|---|---|
| X | The Importance of Training |
| X | First Two Weeks |
| X | First 30 Days |
| X | First Year Training Plans |

### Safe Work Practices and Loss Prevention
| | |
|---|---|
| X | Safe Work Practices |
| X | Video: Safe Work Practices |
| X | Loss Prevention |
| X | Video: Sensormatic |
| X | The AlertLine |
| X | Fire Evacuation Plan |
| X | Hazardous Material Management |
| X | Video: Hazard Communication |
| X | Key Hazardous Materials Practices |
| X | Critical Operating Safety Standards (COSS) |
| X | Safety Disciplinary Policy |
| X | Spotter and Banner Barricade Standards |
| X | Video: Critical Operating Safety |
| X | Reporting Accidents and Damage |
| X | Disaster Recovery Programs |
| X | Emergency Announcements |

### Orientation Summary
| | |
|---|---|
| X | Review Objectives |
| X | Orientation Review |
| X | Associate Acknowledgement Form |
| X | Looking Ahead |
| X | Video: The Big Finish |

DA0003

### SALES ASSOCIATES (Day 3)

| | | | |
|---|---|---|---|
| X | Cultivating the Customer | X | Store Markdowns |
| X | PK Basics | | |

### SALES ASSOCIATES (Days 4—8)

| | |
|---|---|
| X | Salesperson Training (Getting Started) |

### CASHIERS (Days 3—5)

| | |
|---|---|
| | Cashier Training (24 hours) |

### Working Off The Clock Acknowledgement

[X] I understand and agree that The Home Depot does not permit associates to work off the clock. I understand that it is a violation of Company policy to:

- Perform work in the store or at home without permission and/or compensation
- Allow other associates to work off the clock
- Alter any time records
- Clock another associate in or out

Managers and supervisors do not have the right to ask me to work off the clock. I understand that I cannot be directed to work off the clock. I will report any request of me or others to work off the clock to a member of management. I further understand that reporting a request to work off the clock will not result in disciplinary action to me.

### Safe Work Practices Acknowledgement

[X] I understand and agree that Home Depot requires all associates to adhere to all safety policies and procedures. I affirm that I have been trained on the following:

- Safe Work Practices and Loss Prevention section within the Orientation Guide
- Hazardous Material Training, *The Employee's Right to Know About Hazardous Materials* (HDT-802)

### SIGNATURES REQUIRED

**Associate Signature/Date**

*[signature]*  11-17-01

**Orientation Leader Signature/Date**

DA0004