# Discipline Notice

**THE HOME DEPOT**

The Company recognizes that you should be informed of the standards of conduct expected of you and the consequences that will result if those expectations are not fulfilled. It is your responsibility to read and understand and abide by Company policies and rules of conduct. You will be held accountable for your conduct.

| Associate Name | Job Title | Location/Store No. | Department | Date of Hire |
|---|---|---|---|---|
| Diane Ames | Department Head | 1975 | 28 | 11/12/01 |

| What Action is Being Taken? | ☐ Counseling Session | X Final Counseling | ☐ Termination Session |
|---|---|---|---|

**Check the Appropriate Work Rule Violation**

☐ Major Violation
X Minor Violation

☐ Inappropriate Behavior/Conduct Unbecoming
X Attendance/Punctuality
☐ Failure to Act with Integrity and Honesty
☐ Failure to Follow Instructions/Insubordination
☐ Possession of Weapons and Explosives
☐ Violation of Safety Policy
☐ Violation of Staffing Selection Policy
☐ Failure to Meet Background Check Standards
☐ Violation of Substance Abuse Policy
☐ Workplace Activity (Loafing)
☐ Workplace Violence/Threats of Violence
☐ Respect Violation
☐ Other, specify

**State What Happened** (Attach Additional Sheets When Necessary)

For example, relevant information may include:
- When did it occur?
- Who was involved?
- Where did it occur?
- Impact to the Company.
- Other information.

Diane has accumulated an additional 4 occurrences in the Home Depot attendance policy. Diane has a total of 9 occurrences in the Home Depot attendance Policy.

5/5/06 – Tardy = 1 point
5/7/06 – Mispunch = 1 point
5/8/06 – Tardy = 1 point
5/14/06 – Mispunch = 1 point

EXHIBIT 5

**State the Improvement Required of the Associate**

Diane needs to be at work on time and punch in on time for her shifts. Any further occurrences or violations of the Home Depot Code of Conduct will result in Termination.

**Previous Notices**

Has Associate Received Previous Discipline Notices in the past 12 months?
X Yes ☐ No

All Disciplinary Actions must go through the approval process prior to issuance to an associate. A salaried manager and the Human Resource Generalist of the facility or business unit must approve all disciplinary actions for an hourly associate. The Director of the business unit or District Manager and the Human Resource Generalist of the facility or business unit (RHRM in divisions or Director) must approve all disciplinary actions for a salaried associate. For disciplinary actions resulting in termination, see approval and notification requirements for both hourly and salaried associates in Termination SOP.

**Approval**

Manager Approval

Signature: Michael Muler
Print Name: MICHAEL MOHOY
Date: 17 MAY 06

**Signatures**

Associate Receiving Discipline Notice

Refused to sign 5/18/06

By signing this document, I acknowledge only that I have received the Discipline Notice. I do not represent that I am in agreement with the Notice. If this is a Counseling or Final Counseling, I acknowledge that future violations of any Company policy may result in disciplinary action, up to and including termination of employment.

Supervisor / Manager Conducting Counseling Session
Date: 5/18/06