Report# 609132337　　　　　　　　　　　HOME DEPOT　　　　　　　　　　　Page 1 of 2

# Awareness Line

## General Information

| | | |
|---|---|---|
| **Caller Name:** Declined | **Client Name:** Home Depot | **Report #:** 609132337 |
| **Type:** Not Specified | **Location #:** 1975 | **Priority:** 2 |
| | **DBA:** OSWEGO | **Trans #:** 1 |
| | **Address:** 3080 ROUTE 34 | **Rpt Date:** 09/13/2006 |
| | **City,State,Zip:** OSWEGO - IL 60543 | **Time:** 12:40PM |
| | **Country:** USA | **Origin:** Phone Call |
| | **Phone:** | |

## Summary Information

**WHO:** Caller, name declined, reported DIANE AIMES.
**WHAT:** Substance Abuse
**WHEN:** ONGOING COUPLE OF YEARS, EXACT DATES UNKNOWN
**WHERE:** AT LOCATION

## Incident Description

**9/13/2006 12:40:00 PM - Original Call**

Caller, DECLINED, reported that over the last couple of years, exact dates unknown, Department Head, Diane AIMES has appeared to have an alcohol problem. AIMES will arrive at the location drunk and has also drunk while at the location. AIMES has often been discovered smelling like alcohol and there are bottles that are found in the location. AIMES drives trucks at the location and the caller has been concerned that AIMES could cause an accident injuring herself or another employee.

The caller believed that the company should assist AIMES with receiving counseling.

**How does the caller know about the incident?:** Witnessed

**What documentation is available?:** None

**Will it happen within the next 24 hours?:** UNKNOWN

　　If so, when: N/A

　　If so, where: N/A

**Substance Abuse:**

　　Please categorize this call with one of the following:　　Alcohol

　　If so when?

　　If so where?

　　Do you know if there are plans for this to occur again within the next 24 hours?　　UNKNOWN


EXHIBIT 6

## Involved Parties

**Reported Individuals:**
　　**Name:** DIANE AIMES
　　**Title:** DEPARTMENT HEAD

**Management Notified:** NO

**Involved/Aware Parties:** NO

## Supplemental Information

**How does caller know about hotline:** Poster

**Interviewer Observations:**

DA0075

| Report# 609132337 | HOME DEPOT | Page 2 of 2 |
|---|---|---|

**Question of IS or Home Depot Entry Person ONLY:**

| What is the origin of this report? | Phone call to TNWINC |
|---|---|

**Additional Information**

| Does this call relate to a need, concern, or question you have resulting from a hurricane? | NO |
|---|---|
| Does the reported party section list a title of any of the reported parties as: Vice President, Sr. Vice President, Executive Vice President, Regional Vice President or President? | NO |
| Were the words: Union, picketing, strike, UFCW, card signing, leafletting, or petition used in the incident description? | NO |

**Management**

| Since you have not reported your concern to management at your location, would you be willing to share your reason for not reporting to your management team? | Other |
|---|---|
| Please describe. | DID NOT FEEL COMFORTABLE REPORTING TO MANAGEMENT |

**Store Information**

| Store Division | NORTHERN DIVISION |
|---|---|
| Store Region | CENTRAL REGION |
| Store District | |

### Client Instructions

The caller has been instructed to call back on 9/27/2006. Please take some time to review the report and submit any additional questions you may have for the caller by 9/26/2006. If you are a licensed user of the Link2 system, please log in (https://www.netclaim.net) and submit your question. If you are not a licensed user of the Link2 system, please document your question in an email and send it to: NetworkCallbacks@tnwinc.com.

Conditions:
The information contained in this report was provided by a third party source. The Network, Inc. does not verify the accuracy or the completeness of the information contained in this report, and therefore, cannot guarantee its accuracy or completeness.

If you have questions, concerns or updates such as escalation and/or dissemination instructions relative to our service or this incident report please contact us at "clientcommunication@tnwinc.com".

DA0076

Print this page.

## Case Log For Incident Number: 609132337

09/18/2006 2:39PM (ET) - NORMA GONZALEZ - Email to Michael_Wong@homedepot.com generated RE: Case is Approved/Closed.

09/18/2006 2:39PM (ET) - NORMA GONZALEZ - Approved/Closed case with an Outcome of "Corrective Action Taken" and a Disposition of "Investigation Complete"

09/18/2006 1:24PM (ET) - MICHAEL WONG - Email to norma_gonzalez@homedepot.com generated RE: Case sent for approval.

09/18/2006 1:24PM (ET) - MICHAEL WONG - Sending a case for approval

09/18/2006 1:24PM (ET) - MICHAEL WONG - Date Investigation Step

9/13/2006 Mahon and Gray were notified by Madden that rumors were going around on the floor about Ames acting strange and their was concern that she might be under the influence of alcohol. The rumors were more about past dates than the current day. Mahon and Gray attempted to talk with Ames, but were not able to get very close to her. Ames left shortly after that attempt to go on her lunch break. Gray indicated that he had observed her earlier in the day and that he did not think she was intoxicated. Ames came back from lunch and attended staff for a while and then left staff. She approached Gray at approximately 3:30 pm and told Gray that she needed to go meet with her attorney to sign some final paperwork. Gray told her that she could go.

Hunt later came to Mahon and Gray and expressed concern about Ames and wanted to see her get help. She told them that she had called the AwareLine, but they told her it was more of an issue for the Care Line. Hunt wanted to know what could be done to help Diane. Gray indicated that Home Depot would be happy to help Ames if she came forward and asked for help, and that unfortunately as a management team we can't approach her about it unless she comes forward.

9/15/06 Ames came in and spoke with Mahon and admitted to him that she has an alcohol problem and that she would like to use any assistance that she can from HD. Mahon provided her with the Care Line information and told her to let us know if she needed to take time off and if she needed any other assistance from the management team.

Store has been directed By RHRM Wong And EPM Gonzales to place associate on managed assistance care program and has been palced on Admin leave pending doctors approval to return to work.

Please close out

09/14/2006 4:27PM (ET) - NORMA GONZALEZ - Email to Michael_Wong@homedepot.com generated RE: Case assigned to investigator.

DA0077

**09/14/2006 4:27PM (ET) - NORMA GONZALEZ - Assigning an Investigator**

<u>Print this page.</u>

DA0078