**THE HOME DEPOT** — FORENSIC DRUG TESTING CUSTODY AND CONTROL FORM — Quest Diagnostics 800-877-74

**SPECIMEN ID NO.** 80153515 1933715

## STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE

**LAB ACCESSION NO.**

**A. Employer Name, Address, I.D. No.**
HOME DEPOT #1975
STORE MANAGER
3080 ROUTE 34
OSWEGO IL 60543
PH: 630-554-7092 FAX: --

**B. MRO Name, Address, Phone and Fax No.**
STUART B HOFFMAN MD FACP
CHOICEPOINT MRO SERVICES
5900 WILSHIRE BLVD #2200
LOS ANGELES CA 90036
PH: 800-733-6676 FAX: 866-355-1297

**C. Donor SSN:** ___-__-____

**D. Donor Name:** Last: _____ First: _____

**E. Donor ID Verified:** ☐ Photo ID  ☐ Hand Stamp  ☐ Emp. Rep. _____

**F. Reason for Test:** ☐ Pre-employment (1)  ☐ Reasonable Suspicion/Cause (5)  ☐ Post-Accident (2)  ☐ Promotion (22)  ☐ Post Rehab (99)

**G. Drug Tests to be Performed:**
( ) 35496N SAP 6-50/2000 W/NIT
( ) 0443N BLOOD ALCOHOL (FOR REASONABLE SUSPICION ONLY)

EXHIBIT 14

**H. Collection Site Name:** _____  **Collection Site Code:** _____  **Collector Phone No.:** _____
**Address:** _____
**City, State and Zip:** _____  **Collector Fax No.:** _____

## STEP 2: COMPLETED BY COLLECTOR

Read specimen temperature within 4 minutes. Is temperature between 90° and 100° F? ☐ Yes ☐ No, Enter Remark

**Specimen Collection:** ☐ Split  ☐ Single  ☐ None Provided (Enter Remark)  ☐ Observed (Enter Remark)

**REMARKS**

**STEP 3:** Collector affixes bottle seal(s) to bottle(s). Collector dates seal(s). Donor initials seal(s). Donor completes STEP 5.

**STEP 4: CHAIN OF CUSTODY - INITIATED BY COLLECTOR AND COMPLETED BY LABORATORY**

I certify that the specimen given to me by the donor identified in the certification section on Copy 2 of this form was collected, labeled, sealed, and released to the Delivery Service noted in accordance with applicable requirements.

X _____ Signature of Collector  Time of Collection ☐ AM ☐ PM
(Print) Collector's Name (First, MI, Last)  Date (Mo./Day/Yr.)

**SPECIMEN BOTTLE(S) RELEASED TO:**
☐ Quest Diagnostics Courier  ☐ FedEx
☐ DHL / Airborne  ☐ Other _____
Name of Delivery Service Transferring Specimen to Lab

**RECEIVED AT LAB:** X _____ Signature of Accessioner
(Print) Accessioner's Name (First, MI, Last)  Date (Mo./Day/Yr.)

**Primary Specimen Bottle Seal Intact**
☐ Yes
☐ No, Enter Remark Below

**SPECIMEN BOTTLE(S) RELEASED TO:**

## STEP 5: COMPLETED BY DONOR

I certify that I provided my urine specimen to the collector; that I have not adulterated it in any manner; each specimen bottle used was sealed with a tamper-evident seal in my presence; and that the information and numbers provided on this form and on the label affixed to each specimen bottle is correct.

X _____ Signature of Donor  (PRINT) Donor's Name (First, MI, Last)  Date (Mo./Day/Yr.)

Daytime Phone No. ( )  Evening Phone No. ( )  Date of Birth __/__/__ Mo. Day Yr.

---

**A** — Date (Mo. Day Yr.) / Donor's Initials — 80153515 - 1933715 SPECIMEN ID NUMBER

**B** — Date (Mo. Day Yr.) / Donor's Initials — 80153515 - 1933715 SPECIMEN ID NUMBER

CENTER OVER CAP

COPY 1 - LABORATORY

Diagnostic
800-877-74

X153515  1933715  SPECIMEN ID NO.

**STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE**   LAB ACCESSION NO.

A. Employer Name, Address, I.D. No.
HOME DEPOT #1975
STORE MANAGER
3080 ROUTE 34
OSWEGO IL 60543
PH: 630 554 7092 FAX

B. MRO Name, Address, Phone and Fax No.
STUART B HOFFMAN MD FACP
CHOICEPOINT MRO SERVICES
5900 WILSHIRE BLVD #2200
LOS ANGELES CA 90036
PH: 800-733-6676 FAX: 866-355-1297

C. Donor SSN: |__|__|__| - |__|__| - |__|__|__|__|

D. Donor Name: Last: |__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|  First: |__|__|__|__|__|__|__|__|__|__|__|__|

E. Donor ID Verified:  ☐ Photo ID  ☐ Hand Stamp  ☐ Emp. Rep. _____

F. Reason for Test:  ☐ Pre-employment (1)  ☐ Reasonable Suspicion/Cause (5)  ☐ Post-Accident (2)  ☐ Promotion (22)  ☐ Post Rehab (99)

G. Drug Tests to be Performed:
( ) 35496N SAP 6-50/2000 W/NIT
( ) 0446N RAPID ALCOHOL (FOR REASONABLE SUSPICION ONLY)

H. Collection Site Name: _____   Collection Site Code: _____
Address: _____   Collector Phone No.: _____
City, State and Zip: _____   Collector Fax No.: _____

**STEP 2: COMPLETED BY COLLECTOR**

Read specimen temperature within 4 minutes. Is temperature between 90° and 100° F? ☐ Yes ☐ No, Enter Remark

*Specimen Collection:* ☐ Split ☐ Single ☐ None Provided (Enter Remark) ☐ Observed (Enter Remark)

REMARKS _____

**STEP 3:** Collector affixes bottle seal(s) to bottle(s). Collector dates seal(s). Donor initials seal(s). Donor completes STEP 5.

**STEP 4: CHAIN OF CUSTODY - INITIATED BY COLLECTOR AND COMPLETED BY LABORATORY**

I certify that the specimen given to me by the donor identified in the certification section on Copy 2 of this form was collected, labeled, sealed, and released to the Delivery Service noted in accordance with applicable requirements.

X _____   AM/PM   Time of Collection
Signature of Collector

**SPECIMEN BOTTLE(S) RELEASED TO:**
☐ Quest Diagnostics Courier  ☐ FedEx
☐ DHL / Airborne  ☐ Other _____
Name of Delivery Service Transferring Specimen to Lab

(Print) Collector's Name (First, MI, Last)   Date (Mo./Day/Yr.)

RECEIVED AT LAB: X _____
Signature of Accessioner

Primary Specimen Bottle Seal Intact
☐ Yes
☐ No, Enter Remark Below

**SPECIMEN BOTTLE(S) RELEASED TO:**

(Print) Accessioner's Name (First, MI, Last)   Date (Mo./Day/Yr.)

**STEP 5: COMPLETED BY DONOR**

I certify that I provided my urine specimen to the collector; that I have not adulterated it in any manner; each specimen bottle used was sealed with a tamper-evident seal in my presence; and that the information and numbers provided on this form and on the label affixed to each specimen bottle is correct.

X _____   _____   _____
Signature of Donor   (PRINT) Donor's Name (First, MI, Last)   Date (Mo./Day/Yr.)

Daytime Phone No. (   )   Evening Phone No. (   )   Date of Birth  Mo. Day Yr.

**STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN**

In accordance with applicable requirements, my determination/verification is:

☐ NEGATIVE  ☐ POSITIVE  ☐ TEST CANCELLED  ☐ REFUSAL TO TEST BECAUSE:
☐ DILUTE   ☐ ADULTERATED  ☐ SUBSTITUTED

REMARKS _____

X _____   _____   _____
Signature of Medical Review Officer   (PRINT) Medical Review Officer's Name (First, MI, Last)   Date (Mo./Day/Yr.)

**STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SECONDARY SPECIMEN**

In accordance with applicable requirements, my determination/verification for the split specimen (if tested) is:

☐ RECONFIRMED  ☐ FAILED TO RECONFIRM - REASON _____

X _____   _____   _____
Signature of Medical Review Officer   (PRINT) Medical Review Officer's Name (First, MI, Last)   Date (Mo./Day/Yr.)

**COPY 2 - SEND DIRECTLY TO MEDICAL REVIEW OFFICER - DO NOT SEND TO LABORATORY**

Diagnostics
800-877-74

SPECIMEN ID NO. K150515  1933715

**STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE**  LAB ACCESSION NO.

A. Employer Name, Address, I.D. No.
HOME DEPOT #1975
STORE MANAGER
3100 ROUTE 3
OSWEGO IL 0543
PH: 630-554-7092 FAX —

B. MRO Name, Address, Phone and Fax No.
STUART B HOFFMAN MD FACP
CHOICEPOINT MRO SERVICES
5900 WILSHIRE BLVD #2200
LOS ANGELES CA 90036
PH: 800-733-6676 FAX: 866-355-1297

C. Donor SSN:

D. Donor Name: Last: _____ First: _____

E. Donor ID Verified: ☐ Photo ID ☐ Hand Stamp ☐ Emp. Rep. _____

F. Reason for Test: ☐ Pre-employment (1) ☐ Reasonable Suspicion/Cause (5) ☐ Post-Accident (2) ☐ Promotion (22) ☐ Post Rehab (99)

G. Drug Tests to be Performed:
( ) 35496N SAP 6-50/2000 W/NIT
ALCOHOL (FOR REASONABLE SUSPICION ONLY)

H. Collection Site Name: _____  Collection Site Code: _____
   Address: _____  Collector Phone No.: _____
   City, State and Zip: _____  Collector Fax No.: _____

**STEP 2: COMPLETED BY COLLECTOR**

Read specimen temperature within 4 minutes. Is temperature between 90° and 100° F? ☐ Yes ☐ No, Enter Remark

Specimen Collection: ☐ Split ☐ Single ☐ None Provided (Enter Remark) ☐ Observed (Enter Remark)

REMARKS

**STEP 3:** Collector affixes bottle seal(s) to bottle(s). Collector dates seal(s). Donor initials seal(s). Donor completes STEP 5.

**STEP 4: CHAIN OF CUSTODY - INITIATED BY COLLECTOR AND COMPLETED BY LABORATORY**

I certify that the specimen given to me by the donor identified in the certification section on Copy 2 of this form was collected, labeled, sealed, and released to the Delivery Service noted in accordance with applicable requirements.

X _____  Time of Collection ___ AM/PM
Signature of Collector
(Print) Collector's Name (First, MI, Last)  Date (Mo./Day/Yr.)

SPECIMEN BOTTLE(S) RELEASED TO:
☐ Quest Diagnostics Courier ☐ FedEx
☐ DHL / Airborne ☐ Other ____
Name of Delivery Service Transferring Specimen to Lab

RECEIVED AT LAB: X _____
Signature of Accessioner
(Print) Accessioner's Name (First, MI, Last)  Date (Mo./Day/Yr.)

Primary Specimen Bottle Seal Intact
☐ Yes
☐ No, Enter Remark Below

SPECIMEN BOTTLE(S) RELEASED TO:

**STEP 5: COMPLETED BY DONOR**

I certify that I provided my urine specimen to the collector; that I have not adulterated it in any manner; each specimen bottle used was sealed with a tamper-evident seal in my presence; and that the information and numbers provided on this form and on the label affixed to each specimen bottle is correct.

X _____
Signature of Donor        (PRINT) Donor's Name (First, MI, Last)   Date (Mo./Day/Yr.)

Daytime Phone No. ████  Evening Phone No. ████  Date of Birth ___/___/___  Mo. Day Yr.

**STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN**

In accordance with applicable requirements, my determination/verification is:

Signature of Medical Review Officer  (PRINT) Medical Review Officer's Name (First, MI, Last)  Date (Mo./Day/Yr.)

**COPY 3 - COLLECTOR RETAINS - DO NOT SEND TO LABORATORY**

## INSTRUCTIONS FOR COMPLETING FORENSIC DRUG TESTING CUSTODY AND CONTROL FORM

NOTE: Use ballpoint pen, press hard, print all information with the exception of signatures, and check <u>all</u> copies for legibility.

A. Collector ensures that the Specimen ID number on the top of the CCF matches the specimen ID number on the labels/seals.

B. Collector provides the required information in STEP 1 on the CCF. The collector provides the remark in STEP 2 if the donor refuses to provide his/her SSN or Employee ID number.

C. Collector gives a collection container to the donor for providing a specimen.

D. After the donor gives the specimen to the collector, the collector checks the temperature of specimen within 4 minutes and marks the appropriate temperature box in STEP 2 on the CCF. The collector provides a remark if the temperature is outside the acceptable range.

E. Collector checks the split or single specimen collection box. If no specimen is collected, that box is checked and a remark is provided. If no specimen is collected, Copy 1 is discarded and the remaining copies are distributed as required.

F. Donor watches the collector pouring the specimen from the collection container into the specimen bottle(s), placing the cap(s) on the specimen bottle(s) and affixing the label(s)/seal(s) on the specimen bottle(s).

G. Collector dates the specimen bottle label(s) after they are placed on the specimen bottle(s).

H. Donor initials the specimen bottle label(s) after the label(s) have been placed on the specimen bottle(s).

I. Collector instructs the donor to read the certification statement in STEP 5 and to sign, print name, date, provide phone numbers and date of birth after reading the certification statement. If the donor refuses to sign the certification statement, the collector provides a remark in STEP 2 on Copy 1.

J. Collector completes STEP 4 (i.e., provides signature, printed name, date, time of collection and name of delivery service), immediately places the sealed specimen bottle(s) and Copy 1 of the CCF in a leak-proof plastic bag, places the tracking label from the CCF on the specimen package, releases specimen package to the delivery service and distributes the other copies as outlined in the standard operating procedure manual as required.

COMPLETING THE COLLECTION PROCESS:
Fax COPY 2 directly to the Medical Review Officer. Do NOT send to laboratory. File original with Collector's copy. Retain COPY 3 for your records. Do NOT send to laboratory.