# Daily Lift Equipment Checklist

Date: Dec. 26
Time: 1:00
Checked By: D.A.

| Description | Unit # | Hr Reading |
|---|---|---|
| Large Forklift | | 7496 |
| Small Forklift | | 1960.8 |

**Check these points before starting the equipment:**

| | Body | Forks | Tires | Fire Extinguisher | Operator Compartment | Load Backrest | Overhead Guard | Seat Belt | Shoulder Restraints | Hydraulic Cylinders | Load Chains | LPG Tank | Engine | Oil | Battery | Hydraulic Fluid | Water Hoses for Wear |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

**Check these points after starting:**

| | Security Start System | Steering | Horn | Brakes | Lift / Lower | Tilt | Side Shift | Check for Leaks | Audible Alarm | Rotating Light | Headlight | Hour Meter | Parking Brake |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

**Check these points before starting the equipment:**

| | Body | Forks | Outriggers | Load Wheels | Drive Wheel | Fire Extinguisher | Hydraulic Fluids | Battery Plug-In | Operator Compartment | Overhead Guard | Load Chains | Caster Wheel | Rear Posts | Hydraulic Cylinder | Emergency Lower Valve | Safety Belt or Harness | Limit Switch |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reach Truck #1 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Reach Truck #2 | | | | | | | | | | | | | | | | | |
| Order Picker #1 | | | | | | | | | | | | | | | | | |
| Slip Truck | | | | | | | | | | | | | | | | | |
| Elec Pal Jack #1 | | | | | | | | | | | | | | | | | |
| Elec Ladder #1 | | | | | | | | | | | | | | | | | |
| Elec Ladder #2 | | | | | | | | | | | | | | | | | |
| Elec Ladder #3 | | | | | | | | | | | | | | | | | |

Hr Reading:
Reach Truck #1: 106.6
Order Picker #1: 48.9
Slip Truck: charging
Elec Pal Jack #1: X

**Check these points after starting:**

| | Security Start System | Driving | Lift / Lower | Brakes | Pallet Clamps | Horn | Steering | Hour Meter | Check for Leaks | Audible Alarm | Rotating Light | Battery Disc | Emergency Disconnect | Tilt | Pantograph | Side Rails | Control Handle |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Describe any problems found:
Problems reported to:
Response:

EXHIBIT 17

EEOC0116