

EXHIBIT 18

19/2007

## ChoicePoint

**ChoicePoint Medical Review Services**
5900 Wilshire Blvd. Suite 2200
Los Angeles, CA 90036-
Tel: 800-521-8791 Fax: 615-781-2397

### Controlled Substance Test Report

**Attn:**

**Client Name:** Home Depot - Store# 1975
**Account Number:** 109523-00910

**Phone:**

**Donor Name:** Diane F Ames
**Donor ID:** [redacted]

**Other ID:**
**Emp. Category:**

---

**Test Result :** Positive
**Result Description :** Positive
**Substances Found :** Alcohol/Ethanol (Blood)
**MRO Verified Comment :**

---

**Specimen ID:** 6819314
**Specimen Collection Date:** 12/23/2006 4:25:00 PM
**Lab Name:** Quest Diagnostics/Schaumburg
**Testing Panel:** Blood Alcohol 10 Mg/dl
**CCF Received:** 12/27/2006
**Verification Date:** 12/29/2006
**Reported Date:** 12/29/2006

**Test Reason:** Reasonable Cause
**Test Type:** NON-DOT
**Lab Account #:** 80153515
**Test Account #:** 109523-00910
**Test Client Name:** Home Depot - Store# 1975
**Location ID:** 1975
**Cost Center:** 60543

**Comments:** Driver renewal requests for DOT physicals, Certificate of violations and Drivers License must be completed before the component expires and the driver becomes disqualified to drive per DOT regulations and HomeDepot Policy. POSITIVE ALCOHOL ONLY
ALCOHOL= 0.06 g/dL

**Certified Medical Review Officer:**
S. B. Hoffman, M.D. FACP

*(Signature On File)*

**MRO Phone:**
800-809-1012

DA0062

DRUDET

Positive tests confirmed using gas chromatography/mass spectrometry.