The Home Depot
Store #1975 Oswego
3080 Rte. 34
Oswego, IL 60543
630.554.7092



January 7, 2006

Diane Ames
 60560

Dear Diane:

On December 23, 2006 you took a drug test that resulted in a positive result. Based on the Violation of Substance Abuse Policy, your employment has been terminated on December 23, 2006.

If you should have any questions, please contact me at 630-554-7092, ext. 413.

Sincerely,

Renee Doyle
Human Resources Manager

EEOC0069

**U.S. Postal Service**
**CERTIFIED MAIL. RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFICIAL USE

| Postage | $ | $0.39 | 0544 |
| Certified Fee | | $2.40 | |
| Return Receipt Fee (Endorsement Required) | | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $2.79 | |

PLAINFIELD, IL 605 — JAN 10 2007 — 1/19/2007

Sent To: DIANE Ames
Street, Apt. No. or PO Box No.: [redacted]
City, State, ZIP: 60560

PS Form 3800, August 2006

60560

The Home Depot
Store #1975 Oswego
3080 Rte. 34
Oswego, IL 60543
630.554.7092

Dear Diane:

On December 23, 2006 you took a drug test that resulted in a positive result. Based on the Violation of Substance Abuse Policy, your employment has been terminated on December 23, 2006.

If you should have any questions, please contact me at 630-554-7092, ext. 413.

Sincerely,

*[signature]*

Renee Doyle
Human Resources Manager

DA0061