## Drug and Alcohol Rehabilitation (ASV.009.rev2.06.06)

### Introduction
Home Depot is committed to providing a drug-free workplace for all associates. The Home Depot Employee Assistance Program (EAP), CARE/Solutions for Life, is provided as a resource for any associate with substance abuse issues. Home Depot provides the first three sessions with an EAP counselor at no charge to the associate; any further treatment beyond that is the responsibility of the associate. Call 1-800-553-3504 for assistance. All calls are confidential. Participation in the Home Depot EAP does not prevent disciplinary action for violations of this or other Home Depot policies.

### Policy and Procedure
Any current associate may request assistance for a drug or alcohol problem provided that the request is made:

- BEFORE the condition leads to performance or conduct problems which warrant termination of employment; and

- BEFORE the associate is found to have violated any Home Depot substance abuse policy.

An associate who seeks assistance for a drug and/or alcohol problem or discloses that he/she has a drug and/or alcohol problem must sign an Employee Assistance Agreement and comply with its terms. **The associate's HR representative and/or facility Manager must do the following:**

1. Remove associate from the schedule.

2. <u>With the associate present</u> contact CARE program at (800) 553-3504.
   - HRM/SM should ask to speak to the Magellan Work Place Support Services Team (WPSS) to:
     - Set up an associate profile
     - Get a copy of the Employee Assistance Agreement (EAA)
     - Get a copy of the HIPAA form
   - Associate will then speak to the representative to schedule an assessment
     - The assessment will be done through an EAP provider at no cost to the associate.

3. Receive the EAA and HIPAA forms from CARE.

4. Review the EAA and HIPAA forms with the associate, make sure they understand the terms, and then have them sign.

5. Fax the EAA and HIPAA forms to the Magellan WPSS at 800-848-5681. Keep the original in the associates' secured medical file. DO NOT PLACE THE AGREEMENT IN THE ASSOCIATES PERSONNEL FILE.

6. Associate Services will send a return to work drug test form and instructions to use when associate is release to return to work.

7. Receive notification from CARE of associate's compliance with treatment and release to return to work.

8. Send associate for return to work drug test using form received in step 6.

9. 24-48 hours after drug test, call ChoicePoint at 888-354-8187 for results to associates return to work drug test.

    a. Negative Result – return associate to schedule
    b. Positive Result – Call Associate Services at 13026, 13158 or 13159

## Relapse

An associate who has signed an Employee Assistance Agreement and has admitted to using drugs or alcohol again may seek additional treatment without penalty provided they request assistance:

- BEFORE the condition leads to performance or conduct problems which warrant termination of employment; and

- BEFORE the associate is found to have violated any Home Depot substance abuse policy; and

- BEFORE the associate is notified that they must take a post-rehabilitation drug test.

## Post-Rehabilitation Testing

In addition to a return to work drug test, the associate is subject to post-rehabilitation testing for the remainder of his/her Home Depot career except where prohibited by state law.

## Process for Post-Rehabilitation Testing

- Associate Services will notify the RHRM and/or HRM (stores), or HR Representative (non-stores) when it is time to send an associate for their post-rehabilitation drug test.
- The HR representative is responsible for notifying the associate when it is time to take the post-rehabilitation test. All information regarding the post-rehabilitation test is confidential.

2

- Upon notification, the associate must go immediately to the collection facility to take a post-rehabilitation drug test. The associate should be notified and sent for a test only on a scheduled workday, and the associate should be paid for this time.
- If the associate appears to be under the influence of alcohol when notified of the post-rehabilitation test (See Drug and Alcohol Testing For Cause and Reasonable Suspicion), a salaried manager should transport the associate to the testing facility for a blood or breath alcohol test in addition to the drug test.
- An associate is subject to immediate termination if he/she fails to report for the test, tampers with the specimen or leaves the drug testing facility without providing a viable specimen for testing.
- ==The associate will be terminated for a confirmed positive test result.==

## What to Do/Who to Contact
All questions regarding drug and alcohol rehabilitation should be directed to the Associate Services Department at the Atlanta SSC.

## When Managers/Supervisors Fail to Comply with These Requirements
These requirements must be followed. Managers/supervisors who deviate from the requirements are subject to discipline up to and including termination. Exceptions to this SOP must be approved by the Human Resources Vice President (or equivalent) of the business unit.

## Reference Material
Home Depot Code of Conduct
Substance Abuse in the Workplace
Drug and Alcohol Testing for Cause or Reasonable Suspicion
Drug or Alcohol Possession
Drug and Alcohol Testing Post Accident
Drug Testing for Promotions Drug Testing for Applicants
Drug Testing Exceptions in States and Jurisdictions

CONFIDENTIAL AND PROPRIETARY - This is an unpublished work containing confidential and proprietary information of The Home Depot. All rights reserved.

## Drug and Alcohol Testing for Cause or Reasonable Suspicion (ASV.006.rev2.04.06)

### Introduction
Home Depot is committed to a drug and alcohol-free workplace. Associates who exhibit behavior consistent with being under the influence of alcohol and/or drugs in the workplace are subject to "for cause" testing.

### Policy and Procedure
If a manager has a reasonable suspicion that an associate is under the influence of drugs and/or alcohol ("reasonable suspicion") during a scheduled shift while on Home Depot property, he/she must initiate "for cause" testing of the associate. The following are examples of signs that can be consistent with someone being under the influence of drugs or alcohol:
- Slurred speech
- Odor of alcohol
- Bloodshot eyes
- Disoriented
- Tremors
- Erratic behavior

Being under the influence is defined as:
- Being unable to perform work in a safe manner;
- Being in a physical or mental condition which creates risk to the safety or well being of the associate and others;
- Reporting to work having detectable levels of alcohol, drugs or non-prescribed controlled substances in the body;
- Admitting to having violated this policy.

After determining that there is reasonable suspicion that the associate may be under the influence, the manager must do the following:
- Partner with another member of management (preferably an HR representative), observe and document the associate's behavior
- Documentation of the associate's behavior should be treated as confidential and be maintained in a separate file with the associate's medical records
- Remove the associate to a private area – an office for example – and question the associate regarding the associate's behavior
- If the associate's responses to questioning do not explain the behavior, immediately partner with either the District Human Resource Manager or Associate Services in Atlanta
- Take the associate to a collection facility for testing
- A breath/blood alcohol test and a urine drug test must be completed
- If the collection facility is closed, the associate must be taken to the after-hours collection site for testing. The manager transporting the associate

1

should bring the After Hours Collection Kit. To reorder the Kit for your location, please call (800) 352-4413.
- If no after hours collection site is available, do the following:
    1. Call (866) 489-3839 between the hours of 7:00 pm and 7:00 am CST for instruction
    2. Be prepared to provide the following information to the person taking the after-hours call for each associate being tested:
        - Company name, supervisor name and phone number
        - Description and time of accident or issue
        - Name and SS# of associate to be tested
        - Whether the associate is affected by the U.S. Department of Transportation regulations
        - What testing needs to be completed – drug, alcohol or both
        - Location of the associate to be tested
    
    *Arrangements will be made for a mobile collector to come to your site. If a mobile collector is not available, a clinic in your area will be identified.

- Arrange transportation home for the associate. Do not permit an associate suspected of drug or alcohol use to drive
- Document the behavior on an Observed Behavior form (available on Desktop HR on the @Home Depot portal and from the Associate Services Dept. in Atlanta)

==The associate must not return to work and should be placed on unpaid administrative leave pending the results of the tests. If the tests are positive, the associate must be terminated.== If the tests are negative, the associate must be compensated for any scheduled time missed during the administrative leave.

An associate who has a confirmed positive test for drugs and/or alcohol as a result of being tested "for cause" must be terminated pursuant to the Home Depot Code of Conduct (See Code of Conduct "Major Work Rule Violations" and Drug Testing Excaptions for States and Jurisdictions").

### What to Do/Who to Contact
Partner with your Human Resources representative when confronted with an associate who appears to be under the influence. Also partner with the Associate Services at the Atlanta SSC for assistance, ext. 13026, 13158 or 13159.

2

## When Managers/Supervisors Fail to Comply with These Requirements

These requirements must be followed. Managers/supervisors who deviate from the requirements are subject to discipline up to and including termination. Exceptions to this SOP must be approved by the Human Resources Vice President (or equivalent) of the business unit.

## Reference Material
Home Depot Code of Conduct
Substance Abuse in the Workplace
Drug or Alcohol Possession
Drug and Alcohol Testing Post Accident
Drug and Alcohol Rehabilitation
Drug Testing for Promotions
Drug Testing for Applicants
Drug Testing Exceptions in States and Jurisdictions

CONFIDENTIAL AND PROPRIETARY - This is an unpublished work containing confidential and proprietary information of The Home Depot. All rights reserved.