

**ESQUIRE**
Esquire Corporate Solutions
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (888) 486-4044
Fax (866) 590-3205

www.esquiresolutions.com

### Invoice # CSD74590

| Invoice Date | Terms |
|---|---|
| 08/12/2009 | NET 30 |

| Date of Loss | |
|---|---|
| Name of Insured | HOME DEPOT |
| Adjustor | |
| Claim Number | Claim # NA |

CHARLES DEWITT, ESQ.
LITTLER MENDELSON, PLC - DETROIT
SUITE 3110
200 RENAISSANCE CENTER
DETROIT, MI 48243

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 07/21/2009 | AMES, DIANE vs. HOME DEPOT | 74933 | 08/06/2009 | F-S-O |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Services Provided on 07/21/2009, GRETCHEN GALLOIS | | | |
| CERTIFIED COPY/WORD INDEX (110 Pages) | $2.60 | 110.00 | $286.00 |
| | | | $286.00 |
| Services Provided on 07/21/2009, MARK MOORELAND | | | |
| CERTIFIED COPY/WORD INDEX (50 Pages) | $2.60 | 50.00 | $130.00 |
| | | | $130.00 |
| CSD-SHIPPING | | | $20.00 |
| | | | $20.00 |

SERVICES AND CHARGES TYPICALLY INCLUDE TRANSCRIPT/WORD INDEX, EXHIBITS, APPEARANCE FEE, CONDENSED TRANSCRIPT, LITIGATION SUPPORT DISK, SHIPPING, VIDEO CHARGES AND MAY INCLUDE OTHER SERVICE CHARGES BASED ON JOB OR REGION. SOME SERVICES AND RATES MAY VARY BY JOB OR REGION. PLEASE CONTACT YOUR LOCAL OFFICE FOR SPECIFIC DETAIL AND QUESTIONS.
We appreciate your business
Attorney is responsible for payment of all charges incurred
Payment due in 30 days
*as directed by debbie at Littler, direct invoices to firm*

| | |
|---|---|
| Tax: | $0.00 |
| Amount Due: | $436.00 |
| Paid: | $436.00 |
| Balance Due: | $0.00 |
| Payment Due: | 09/11/2009 |

After 09/26/2009 Pay This Amount: $0.00

Tax Number: 22-3779884

---

**Method of Payment**

Company: Esquire Corporate Solut
Invoice Number: CSD74590
Invoice Date: 08/12/2009
Balance: $0.00
Due Date: 09/11/2009
Late Date: 09/26/2009
Late Amount: $0.00

☐ VISA
☐ MasterCard
☐ American Express

Amount Authorized
☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐
Credit Card Number

☐☐☐☐
Exp. Date

_____
Daytime Phone Number

☐ Check Enclosed
Please Make Check Payable to Esquire

_____
Print Name (as it appears on your credit card)

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

_____
Signature (as it appears on your credit card)

Remit to: Esquire  PO Box 934157, Atlanta GA 31193-4157

076 0000074590 08122009 0 000000000 0 09112009 09262009 0 000000000 00



**ESQUIRE**
Esquire Corporate Solutions
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

**ESQUIRE**
an Alexander Gallo Company

Toll Free (888) 486-4044
Fax (866) 590-3205

www.esquiresolutions.com

### Invoice # CSD73968

| Invoice Date | Terms |
|---|---|
| 08/10/2009 | NET 30 |

CHARLES DEWITT, ESQ.
LITTLER MENDELSON, PLC - DETROIT
SUITE 3110
200 RENAISSANCE CENTER
DETROIT, MI 48243

| Date of Loss | |
|---|---|
| Name of Insured | HOME DEPOT/LITTLER ME |
| Adjustor | |
| Claim Number | Claim # NA |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 07/20/2009 | AMES, DIANE vs. HOME DEPOT | 75091 | 08/05/2009 | F-S-O |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Services Provided on 07/20/2009, RENEE DOYLE | | | |
| CERTIFIED COPY/WORD INDEX (119 Pages) | $ 2.60 | 119.00 | $ 309.40 |
| ETV - EXHIBITS | $ 0.00 | 1.00 | $ 0.00 |
| | | | $ 309.40 |
| Services Provided on 07/20/2009, JOSE PENA | | | |
| CERTIFIED COPY/WORD INDEX (194 Pages) | $ 2.60 | 194.00 | $ 504.40 |
| ETV - EXHIBITS | $ 0.00 | 1.00 | $ 0.00 |
| | | | $ 504.40 |

SERVICES AND CHARGES TYPICALLY INCLUDE TRANSCRIPT/WORD INDEX, EXHIBITS, APPEARANCE FEE, CONDENSED TRANSCRIPT, LITIGATION SUPPORT DISK, SHIPPING, VIDEO CHARGES AND MAY INCLUDE OTHER SERVICE CHARGES BASED ON JOB OR REGION. SOME SERVICES AND RATES MAY VARY BY JOB OR REGION. PLEASE CONTACT YOUR LOCAL OFFICE FOR SPECIFIC DETAIL AND QUESTIONS.
We appreciate your business.
Attorney is responsible for payment of all charges incurred
Payment due in 30 days
LOCATION: CHICAGO, IL
BILL LAW FIRM DIRECTLY PER DEBBIE @ LAW FIRM.

Tax: $ 0.00
Amount Due: $ 813.80
Paid: $ 813.80

| Balance Due : | $ 0.00 |
|---|---|
| Payment Due: | 09/09/2009 |

Tax Number: 22-3779684

After 09/24/2009 Pay This Amount:  $ 0.00

### Method of Payment

Company: Esquire Corporate Solut
Invoice Number: CSD73968
Invoice Date: 08/10/2009
Balance: $ 0.00
Due Date: 09/09/2009
Late Date: 09/24/2009
Late Amount: $ 0.00

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed

Please Make Check Payable to Esquire

Amount Authorized

Credit Card Number                                                                 Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Remit to: Esquire   PO Box 934157,   Atlanta GA 31193-4157

076 0000073968 08102009 3 000000000 0 09092009 09242009 1 000000000 01

# INVOICE

## Veritext Corporate Services, Inc.
25B Vreeland Road, Suite 301
Florham Park, NJ 07932
Tel. 973-410-4040  Fax. 973-410-1313

**Bill To:** Charles C. DeWitt, Jr.
Littler Mendelson, P.C.
200 N La Salle St
Ste 2900
Chicago, IL 60601-1014

**Invoice #:** CS174837
**Invoice Date:** 07/30/2009
**Balance Due:** $ 1,584.00

**Case:** Ames, Diane v. Home Depot U.s.a., Inc.
**Job #:** 206854  |  Job Date: 07/10/2009  |  Delivery: Normal
**Billing Atty:** Charles C. DeWitt, Jr.
**Location:** Littler Mendelson, P.C.
200 North LaSalle Street | Suite 2900 | Chicago, IL 60601
**Sched Atty:** Charles C. DeWitt, Jr. | Littler Mendelson PLC
**Deposing Att** Charles C. Dewitt, Jr.

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Diane Ames | Attendance Fee (appearance) | 1 | 1.00 | $0.00 | $0.00 |
| 2 | | Transcript - Original & 1 copy | Page | 324.00 | $3.50 | $1,134.00 |
| 3 | | Transcript - Rough ASCII | Page | 324.00 | $1.25 | $405.00 |
| 4 | | Exhibit scanning & OCR | Per page | 40.00 | $0.25 | $10.00 |
| 5 | | Exhibits | per page | 40.00 | $0.25 | $10.00 |
| 6 | | Shipping & handling | 1 | 1.00 | $25.00 | $25.00 |

**Notes:** Home Depot Employment

**Invoice Total:** $1,584.00
**Payment:**
**Credit:**
**Interest:** $0.00
**Balance Due:** $1,584.00

Fed. Tax ID: 20-3457913     Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**Please tear off stub and return with payment.**

**VISA, MASTERCARD & AMERICAN EXPRESS ACCEPTED**

☐ Visa  ☐ MC  ☐ Amex  ☐ Discover

Credit Card # _____  Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Make check payable to:
Veritext Corporate Services, Inc.
25B Vreeland Road
Suite 301
Florham Park, NJ 07932

Invoice #: CS174837
Job #: 206854
Invoice Date: 07/30/2009
Balance: $1,584.00

Page 1 of 2



**ESQUIRE**
Esquire - Chicago
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Telephone (312) 782-8087
Toll Free (800) 708-8087
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # EQ84934

| Invoice Date | Terms |
|---|---|
| 09/16/2009 | NET 30 |

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

JOHN CARRIGAN, ESQ.
LITTLER MENDELSON, PC- CHICAGO
SUITE 2900
200 NORTH LaSALLE STREET
CHICAGO, IL 60601-1014

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 08/26/2009 | AMES, DIANE vs. HOME DEPOT | 78055 | 09/14/2009 | COURIER |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Services Provided on 08/26/2009, ERIC GRAY | | | |
| COPY OF TRANSCRIPT/WORD INDEX (37 Pages) | $ 2.55 | 37.00 | $ 94.35 |
| EXHIBITS | $ 0.90 | 1.00 | $ 0.90 |
| ETV DISK | $ 49.00 | 1.00 | $ 49.00 |
| | | | $ 144.25 |
| Services Provided on 08/26/2009, BRANDY HARDEKOPF | | | |
| COPY OF TRANSCRIPT/WORD INDEX (30 Pages) | $ 2.55 | 30.00 | $ 76.50 |
| ETV DISK | $ 49.00 | 1.00 | $ 49.00 |
| | | | $ 125.50 |
| ARCHIVING FEE | | | $ 60.00 |
| DELIVERY - COURIER | | | $ 10.50 |
| | | | $ 70.50 |

**CONTINUED ON NEXT PAGE ...**

Tax Number: 22-3779684

**Method of Payment**

☐ VISA
☐ MasterCard
☐ American Express

Amount Authorized

Credit Card Number    Exp. Date

Company: Esquire - Chicago
Invoice Number: EQ84934
Invoice Date: 09/16/2009
Balance: $ 70.50
Due Date: 10/16/2009
Late Date: 10/31/2009
Late Amount: $ 77.55

☐ Check Enclosed

Please Make Check Payable to Esquire

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Remit to: Esquire   PO Box 1518,   New York NY 10008-1518

071 0000084934 09162009 4 000007050 1 10162009 10312009 1 000007755 09

ARAQ


41273-131549



**RECORD COPY SERVICES**
THIRTY NORTH LA SALLE • CHICAGO, ILLINOIS 60602 • 312-738-8850
PARA LEGAL SERVICES

**INVOICE NUMBER**
**M 50788**

PLEASE INCLUDE INVOICE NUMBER OR COPY OF INVOICE WITH PAYMENT TO INSURE PROPER CREDITING

QC

ORDERED BY: MR. CHARLES C. DE WITT, JR./EMILY K. EDICK
SOLD TO: LITTLER MENDELSON PLC
200 RENAISSANCE CENTER
S-3110
DETROIT, MI 48243

FED. I.D. # 36-2422576

| DATE | COURT NO. | FILE NO. | CLAIM NO. | RCS REF. |
|---|---|---|---|---|
| 8/05/09 | 08 CV 6060 | 059802-1026 | | 05269003 50788-41273 |

| TYPE OF RECORD OR DOCUMENT | | CODE | AMOUNT |
|---|---|---|---|
| CAROL RUSSELL, SOCIAL WORKER DREYER MEDICAL CLINIC & DR. ZHANG AURORA, IL | | RBQ | 29.75 |
| NAME OF CASE: RE: DIANE AMES DIANE AMES VS. HOME DEPOT USA, INC. | | | |
| COMMENTS: | | | |
| | | TOTAL | 29.75 |

THANK YOU

A. AUTHORIZATION SERVICES   F. FEDERAL EXPRESS        L. LOCATION COPYING   R. SEARCH        W. AUDIO CASSETTE
B. SPECIAL SERVICES          G. SPECIAL PICKUP/DELIVERY M. MICROFILM COPIES   S. SUBPOENA FEE  X. X-RAY SERVICES
C. COPIES                    H. NON COMPLIANCE          N. NO RECORDS         T. TRANSPORTATION Y. DIGITAL SERVICES
D. SUBPOENA SERVICES         J. BLUEPRINTS/OVERSIZE     P. PHOTOGRAPHS        U. COURT EXHIBITS Z. DISK COPYING
E. EXPEDITED SERVICES        K. COLOR COPIES            Q. CANCELLED          V. VIDEO CASSETTE  * SEE COMMENTS



# RECORD COPY SERVICES

THIRTY NORTH LA SALLE   CHICAGO IL 60602-2592   312.726.6650

PARA LEGAL SERVICES

M 36224

PLEASE INCLUDE
INVOICE NUMBER OR
COPY OF INVOICE WITH
PAYMENT TO INSURE
PROPER CREDITING

41273-131549-JS

ORDERED BY: MR. CHARLES C. DE WITT, JR./EMILY K. EDICK
SOLD TO: LITTLER MENDELSON PLC
200 RENAISSANCE CENTER
S-3110
DETROIT, MI 48243

FED. I.D. # 36-2422575

| DATE | COURT NO. | FILE NO. | CLAIM NO. | RCS REF. |
|---|---|---|---|---|
| 6/19/09 | 08 CV 6060 | 059802-1026 | | 05269003<br>36224-41273 |

| TYPE OF RECORD OR DOCUMENT | : | CAROL RUSSELL, SOCIAL WORKER<br>DREYER MEDICAL CLINIC & DR. ZHANG<br>AURORA, IL | CODE | AMOUNT |
|---|---|---|---|---|
| NAME OF CASE | : | RE: DIANE AMES<br>DIANE AMES<br>VS. HOME DEPOT USA, INC. | SDQB | 74.75 |
| COMMENTS | : | REQUIRES AUTHORIZATION | | |
| | | | TOTAL | 74.75 |

THANK YOU

A. AUTHORIZATION SERVICES   F. FEDERAL EXPRESS   L. LOCATION COPYING   R. SEARCH   W. AUDIO CASSETTE
B. SPECIAL SERVICES   G. SPECIAL PICKUP/DELIVERY   M. MICROFILM COPIES   S. SUBPOENA FEE   X. X-RAY SERVICES
C. COPIES   H. NON COMPLIANCE   N. NO RECORDS   T. TRANSPORTATION   Y. DIGITAL SERVICES
D. SUBPOENA SERVICES   J. BLUEPRINTS/OVERSIZE   P. PHOTOGRAPHS   U. COURT EXHIBITS   Z. DISK COPYING
F. EXPEDITED SERVICES   K. COLOR COPIES   Q. CANCELLED   V. VIDEO CASSETTE   * SEE COMMENTS

ARAQ



**RECORD COPY SERVICES**
THIRTY NORTH LA SALLE • CHICAGO, ILLINOIS 60602 • 312-726-6660
PARA LEGAL SERVICES

41273-131549

INVOICE NUMBER
**M 49158**

PLEASE INCLUDE INVOICE NUMBER OR COPY OF INVOICE WITH PAYMENT TO INSURE PROPER CREDITING

ORDERED BY: MR. CHARLES C. DE WITT, JR./EMILY K. EDICK
SOLD TO: LITTLER MENDELSON PLC
200 RENAISSANCE CENTER
S-3110
DETROIT, MI 48243

JS

FED. I.D. # 36-2422575

| DATE | COURT NO. | FILE NO. | CLAIM NO. | RCS REP. |
|---|---|---|---|---|
| 7/30/09 | 08 CV 6060 | 059802-1026 | | 05269003 49158-41273 |

| TYPE OF RECORD OR DOCUMENT | | CODE | AMOUNT |
|---|---|---|---|
| DR. LINDA KNIFFEN DREYER MEDICAL CLINIC - EAST AURORA, IL | | SDCL | 184.75 |
| NAME OF CASE: RE: DIANE AMES DIANE AMES VS. HOME DEPOT USA, INC. | | | |
| COMMENTS: | | | |
| | | TOTAL | 184.75 |
| | | | THANK YOU |

A. AUTHORIZATION SERVICES   F. FEDERAL EXPRESS   L. LOCATION COPYING   R. SEARCH   W. AUDIO CASSETTE
B. SPECIAL SERVICES   G. SPECIAL PICKUP/DELIVERY   M. MICROFILM COPIES   S. SUBPOENA FEE   X. X-RAY SERVICES
C. COPIES   H. NON COMPLIANCE   N. NO RECORDS   T. TRANSPORTATION   Y. DIGITAL SERVICES
D. SUBPOENA SERVICES   J. BLUEPRINTS/OVERSIZE   P. PHOTOGRAPHS   U. COURT EXHIBITS   Z. DISK COPYING
E. EXPEDITED SERVICES   K. COLOR COPIES   Q. CANCELLED   V. VIDEO CASSETTE   * SEE COMMENTS

# RECORD COPY SERVICES

THIRTY NORTH LA SALLE  CHICAGO IL 60602-2592  312.726.6650
PARA LEGAL SERVICES

M 44950

PLEASE INCLUDE INVOICE NUMBER OR COPY OF INVOICE WITH PAYMENT TO INSURE PROPER CREDITING

41273-131549-JS

ORDERED BY: MR. CHARLES C. DE WITT, JR./EMILY K. EDICK
SOLD TO: LITTLER MENDELSON PLC
200 RENAISSANCE CENTER
S-3110
DETROIT, MI 48243

FED. I.D. # 36-2422575

| DATE | COURT NO. | FILE NO. | CLAIM NO. | RCS REF. |
|---|---|---|---|---|
| 7/17/09 | 08 CV 6060 | 059802-1026 | | 05269003 44950-41273 |

| TYPE OF RECORD OR DOCUMENT | : | DR. DOUG DORMAN DREYER MEDICAL CLINIC - YORKVILLE CAMPUS YORKVILLE, IL | CODE | AMOUNT |
|---|---|---|---|---|
| NAME OF CASE | : | RE: DIANE AMES DIANE AMES VS. HOME DEPOT USA, INC. | SDCL | 476.50 |
| COMMENTS | : | THIS RECORD IS IN TWO PARTS | | |


RECEIVED
JUL 2 0 2009

TOTAL  476.50

THANK YOU

A. AUTHORIZATION SERVICES  F. FEDERAL EXPRESS  L. LOCATION COPYING  R. SEARCH  W. AUDIO CASSETTE
B. SPECIAL SERVICES  G. SPECIAL PICKUP/DELIVERY  M. MICROFILM COPIES  S. SUBPOENA FEE  X. X-RAY SERVICES
C. COPIES  H. NON COMPLIANCE  N. NO RECORDS  T. TRANSPORTATION  Y. DIGITAL SERVICES
D. SUBPOENA SERVICES  J. BLUEPRINTS/OVERSIZE  P. PHOTOGRAPHS  U. COURT EXHIBITS  Z. DISK COPYING
E. EXPEDITED SERVICES  K. COLOR COPIES  Q. CANCELLED  V. VIDEO CASSETTE  *. SEE COMMENTS